**Helen TSOLEAS, Appellant,**

v.

**Claudia F. HEGE, Appellee.**

**No. 7520.**

United States Court of Appeals Fourth Circuit.

Argued Nov. 20, 1957.

Decided Nov. 22, 1957.

Edward S. Graves and Paul Whitehead, Lynchburg, Va. (Edmunds, Whitehead, Baldwin & Graves, Lynchburg, Va., on brief), for appellant.

Henry M. Sackett, Jr., Lynchburg, Va. (Williams, Robertson & Sackett, Lynchburg, Va., on brief), for appellee.

Before PARKER, Chief Judge, and SOBELOFF and HAYNSWORTH, Circuit Judges.

PER CURIAM.

This is an appeal from an order setting aside the verdict of a jury and awarding a new trial. It is well settled that such an order is not a final judgment from which an appeal may be taken. The motion to dismiss the appeal will accordingly be granted. Atlantic Coast Line R. Co. v. Sonenshine, 4 Cir., 226 F.2d 220; Ford Motor Co. v. Busam Motor Sales, 6 Cir., 185 F.2d 531; Long v. Davis, 9 Cir., 169 F.2d 982; Barbarino v. Stanhope S. S. Co., 2 Cir., 150 F.2d 54; Balicki v. Central Greyhound Lines, 3 Cir., 150 F.2d 402; Youdan v. Majestic Hotel Management Corporation, 7 Cir., 125 F.2d 15; Hunt v. United States, 10 Cir., 53 F.2d 333; Fort Dodge Portland Cement Corp. v. Monk, 8 Cir., 276 F. 113.

Appeal dismissed.